IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALBINA GRIEGO and
SAM ARAGON,

    Plaintiffs,

vs.                                                        Civ. No. 19-664 KG/SCY

AMERICAN HALLMARK INSURANCE
COMPANY OF TEXAS, DOES 1-10, and
ENTITIES, CORPORATIONS, PARTNERSHIPS 1-10,

    Defendants.

## ORDER

This matter comes before the Court upon Plaintiffs' Motion to Amend Complaint, filed August 23, 2019. (Doc. 8). Defendant American Hallmark Insurance Company of Texas (Hallmark) filed a response on September 5, 2019. (Doc. 9). On February 7, 2020, the Court held a telephonic hearing on the Motion to Amend Complaint. Michael Solon represented Plaintiffs at the telephonic hearing while Rebecca Weinreich and Jill Collins represented Hallmark.

Having considered the Motion to Amend Complaint, the response, and the argument of counsel at the February 7, 2020, telephonic hearing, and for the reasons stated on the record at that telephonic hearing, the Court (1) grants the Motion to Amend Complaint in that Plaintiff Albina Griego can file a second amended complaint eliminating Sam Aragon as a Plaintiff, and (2) denies the Motion to Amend Complaint in that Plaintiff Albina Griego cannot join Amanda Lucero as a Defendant. Plaintiff Albina Griego shall file her second amended complaint no later than February 14, 2020.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE