IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALBINA GRIEGO,

     Plaintiff,

v.                                          1:19-cv-00664 – KG/SCY

AMERICAN HALLMARK INSURANCE COMPANY OF
TEXAS, DOES 1 – 10 and ENTITIES, CORPORATIONS,
PARTNERSHIPS 1 - 10,

     Defendants.

<u>STIPULATED ORDER OF DISMISSAL WITH PREJUDICE</u>

THIS MATTER having come before the Court upon Plaintiff, Albina Griego, and Defendant, American Hallmark Insurance Company of Texas's, Joint Motion to Dismiss with Prejudice, for an Order dismissing the Complaint, Second Amended Complaint and all causes of action stated therein or which could have been stated therein by the parties on the grounds that all matters in controversy by Plaintiff against Defendant in this action have been fully resolved; and the Court having read the pleadings and noting the concurrence of counsel, and being fully advised in the premises, FINDS:

1.     That it has jurisdiction over the parties and the subject matter of this suit,

2.     Said Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that all Complaints and all causes of action stated therein or which could have been stated therein, filed by Plaintiff against Defendant be and hereby is dismissed, with prejudice, with each party to bear her/its own fees and costs incurred.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED:


*/s/Meena H. Allen*
Meena H. Allen
Rebecca Weinreich
Jill Collins

*Attorneys for Defendants*

/s/ Daniel P. Ulibarri approved 3/31/21
Linda Rios
Daniel P. Ulibarri

*Attorneys for Plaintiff*

2